**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Claim No: 2009A14415 |
| | § | |
| vs. | § | |
| | § | |
| Youssef A. Bakri | | |

# COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

## Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

## Venue

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 7855 Ternes, Dearborn, Michigan 48126.

## The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $6,397.65 |
| B. Current Capitalized Interest Balance and Accrued Interest | $3,933.06 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$10,330.71** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding

attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Pamela S. Ritter
PAMELA S. RITTER (P47886)
Attorneys for Plaintiff
28366 Franklin Road
Southfield, MI 48034
Tel. (248) 352-4340
Fax. (248) 352-3258
usa@holzmanlaw.com

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Youssef A. Bakri
aka: N/A
26344 Lawrence Dr
Dearborn Heights, MI 48127
Account No. X

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/22/2008.

On or about 09/12/1991 & 03/07/1992, the borrower executed promissory note(s) to secure loan(s) of $4,000.00 & $4,000.00 from National City Bank, East Lansing Michigan. This loan was disbursed for $4,000.00 & $3,888.00 on 01/07/1992 & 07/06/1992, at 8% interest, rising to 10% after the fourth year of repayment. Pursuant to 20 U.S.C. § 1077a(i)(7), the holder converted the interest rate to a variable rate, not to exceed, currently, 10%. This loan obligation was guaranteed by Great Lakes Higher Education Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $265.98 & $258.53 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 12/27/1996, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,244.24 & $3,153.41 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/13/2001, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 6,397.65 |
| Interest: | $ 3,793.05 |
| Total debt as of 10/22/2008: | $10,190.70 |

Interest accrues on the principal shown here at the current rate of 5.16 percent and a daily rate of $0.46 & $0.44 through June 30, 2009, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 11/25/08

Deloris Gorham
Loan Analyst
Litigation Support

DELORIS GORHAM
LOAN ANALYST

# GREAT LAKES HIGHER EDUCATION CORPORATION
## STAFFORD LOAN APPLICATION AND PROMISSORY NOTE

**SECTION 1–TO BE COMPLETED BY THE BORROWER "IMPORTANT–READ THE INSTRUCTIONS CAREFULLY"**

1. Social Security Number
2. Last Name: BAKRI First Name: YOUSSEF Middle Initial: A.
3. Birthdate
4. Permanent Home Address: 6644 HARtwell City, State, Zip Code: Dearborn MI 48126
5. Area Code/Telephone No. (313) 581-1433
6. United States Citizenship Status (Check One) (See Instructions) ☐ a. U.S. Citizen/National ☒ b. Eligible non-citizen (Alien # 402944 2339) (Include COPY of front and back of card) ☐ c. Neither of the above
7. You are a permanent resident of what state? State: MI Since: Mo. 1 Year 87
8. State of Driver's License: Michigan Driver's Lic. #: Since: 88 State of Veh. Reg.: Michigan Since: 89
9. Loan Period From Mo. 09 Year 91 To Mo. 12 Year 92
10. Loan Amount Requested $4000.00
11. Major course of study B.S.A.
12. List postsecondary Institutions you have attended including dates: H.F.C.C. 1989-1990 W.C.C.C 1988-1989
13. Have you ever defaulted on a Stafford Loan, PLUS/SLS or Consolidation Loan? ☐ Yes ☒ No If "Yes", see instruction
14. Have you received a Stafford Loan, PLUS/SLS or Consolidation Loan for a period of enrollment before July 1, 1988? ☐ Yes ☒ No
15. List below all Stafford Loan, PLUS/SLS and Consolidation Loans. Do Not Include Perkins (NDSL) or HEAL Loans. Continue on a separate sheet if necessary. If none write "NONE".

| Name of Lender | City and State of Lender | Loan Type | Loan Period Beginning Date | Interest Rate | Unpaid Balance |
|---|---|---|---|---|---|
| — | — | — | Mo. — Year — | — % | $ — |
| — | — | — | Mo. — Year — | — % | $ — |

16. Wisconsin Residents Only. Marital Status. ☐ married ☐ unmarried or legally separated If married, spouse's name and address:

| 17a. Parent or Guardian (If deceased, other relative) | 17b. Other Relative (not living at 17a or 17c or 4) | 17c. Other Relative or Friend (not living at 17a or 17b or 4) |
|---|---|---|
| Name: ALLEN BAKRI Relationship: Uncle | Name: HUSSEIN BAKRI Relationship: Cousin | Name: Mike HARAjly Relationship: Friend |
| Address: 6644 HARtwell | Address: 7122 pAyne | Address: 5989 St Cadmus |
| City/State/Zip: Dearborn MI 48126 Since: 85 | City/State/Zip: Dearborn MI 48126 Since: 91 | City/State/Zip: Dearborn MI 48126 Since: 81 |
| Area Code/Telephone No.: ( | Area Code/Telephone No.: ( | Area Code/Telephone No.: ( |
| Place and City of Employment: B. Dlos, Detroit | Place and City of Employment: Sunoco Service, Detroit | Place and City of Employment: U.S. gas, Detroit |

**Promissory Note for a Stafford Loan**

1. Promise To Pay I, called Maker identified in Section 1, Item 2 and "Endorser," if any, identified in Section 1, Item 18c, promise to pay to the lender identified in Section 3, Item 37, when this note becomes due as set forth in paragraph 5 (on reverse side), the sum of

18a $ 4000 .00 (Loan Amount Requested - must be the same as Item 10) or such lesser amount as is advanced to me and identified to me in the Stafford Loan Disclosure Statement, plus interest computed at the applicable rate disclosed in paragraph 3 (on reverse side) and on the Stafford Loan Disclosure Statement. If I am not satisfied with the terms of the loan on the Stafford Loan Disclosure Statement, I may cancel this agreement. I agree to contact my lender immediately and I will not cash any loan check that has been released to me. I agree to check the Stafford Loan Disclosure Statement as soon as I get it and to let my lender know if anything looks wrong or if I have any questions. My signature certifies that I

NOTICE TO THE MAKER: DO NOT SIGN THIS BEFORE YOU READ THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN. YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT. MAKER AND ENDORSER ACKNOWLEDGE RECEIPT OF AN EXACT COPY OF THIS NOTE AND THE STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES

18b. Maker's Signature: Youssef A. Bakri Date: 09-12-91

18c. Endorser's Signature Date

Endorser's Name (Please Print)

CHERYL A ... 

**SECTION 3–TO BE COMPLETED BY THE LENDER**

37. Name of Lender: National City Bank Student Loan Processing Center
38. Street Address: P. O. Box 1448 City, State, Zip Code: East Lansing, MI 48826-1448
39. Lender Code: 808877
40. Entity Number
41. Area Code/Telephone No. 1-800-328-4143
42. 1st Disbursement Amount $
43. 2nd Disbursement Amount $
44. 3rd Disbursement Amount $
45. 4th Disbursement Amount $
46. Total Amount Approved (42 + 43 + 44 + 45) $
David Harmon Vice President, Regional Operations
47. Signature of Student Loan Official Print Name and Title Date

LENDER COPY A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE. SIGNATURE: TITLE: LOAN SUPPORT SUPERVISOR DATE: JUN 11 2001

NOV 04 1991

UPON LENDER COMPLETION MAIL ONLY GREAT LAKES COPY TO: Great Lakes Processing Center P.O. Box 1009, East Lansing, Michigan 48826-1009

POOR SOURCE DOCUMENT

# GREAT LAKES HIGHER EDUCATION CORPORATION
## STAFFORD LOAN APPLICATION AND PROMISSORY NOTE

**SECTION 1–TO BE COMPLETED BY THE BORROWER "IMPORTANT–READ THE INSTRUCTIONS CAREFULLY"**

1. Social Security Number:
2. Last Name: BAKRI — First Name: YOUSSEF — Middle Initial: A
3. Birthdate:
4. Permanent Home Address: 6641 Hartwell — City, State, Zip Code: Dearborn, Mi 48126
5. Area Code/Telephone No.: (313) 581-1433
6. United States Citizenship Status (Check One) (See Instructions): ☐ a. U.S. Citizen/National ☒ b. Eligible non-citizen (include COPY of front and back of card) ☐ c. Neither of the above
7. You are a permanent resident of what state? State: Mi Since: Mo. 12 Year 87
8. State of Driver's License: Mi — Driver's Lic #: — State of Veh. Reg.: Mi Since: 91
9. Loan Period From Mo. 5 Year 92 To Mo. 12 Year 92
10. Loan Amount Requested: $ 4,000.00
11. Major course of study: BSA
12. List postsecondary institutions you have attended including dates: H.F.C.C (89-90) W.C.C.C (88-89)
13. Have you ever defaulted on a Stafford Loan, PLUS/SLS or Consolidation Loan? ☐ Yes ☒ No If "Yes", see Instruction
14. Have you received a Stafford Loan, PLUS/SLS or Consolidation Loan for a period of enrollment before July 1, 1988? ☐ Yes ☒ No
15. List below all Stafford Loan, PLUS/SLS and Consolidation Loans. Do Not include Perkins (NDSL) or HEAL Loans. Continue on a separate sheet if necessary. If none write "NONE".

| Name of Lender | City and State of Lender | Loan Type | Loan Period Beginning Date Mo. | Year | Interest Rate | Unpaid Balance |
|---|---|---|---|---|---|---|
| National City Bank | East Lansing Mi | Stafford | 89 | 90 | 8-10 % | $ 4,000.00 |
| | | | | | % | $ |

16. Wisconsin Residents Only. Marital Status: ☐ married ☐ unmarried or legally separated — If married, spouse's name and address:

| | 17a. Parent or Guardian (if deceased, other relative) | 17b. Other Relative (not living at 17a or 17c or 4) | 17c. Other Relative or Friend (not living at 17a or 17b or 4) |
|---|---|---|---|
| Name | Allen Baker | Magad R Baker | Spiker Jaber |
| Relationship | Uncle | Cousin | Friend |
| Address | 6641 Hartwell | 5536 Argyle | 8782 Appoline |
| City/State/Zip | Dearborn MI 48126 | Dearborn MI 48126 | Dearborn MI 48126 |
| Since | 85 | 91 | 91 |
| Area Code/Telephone No. | | | |
| Place and City of Employment | B.P station in Detroit | B.P Station Detroit | gas station Detroit |

**Promissory Note for a Stafford Loan**

1 Promise To Pay I, called Maker identified in Section I, Item 2 and "Endorser," if any, identified in Section I, Item 18c, promise to pay to the lender identified in Section 3, Item 37, when this note becomes due as set forth in paragraph 8 (on reverse side), the sum of

18a. $ 4,000.00 (Loan Amount Requested - must be the same as Item 10) or such lesser amount as is advanced to me and identified to me in the Stafford Loan Disclosure Statement, plus interest computed at the applicable rate disclosed in paragraph 3 (on reverse side) and on the Stafford Loan Disclosure Statement. If I am not satisfied with the terms of the loan on the Stafford Loan Disclosure Statement, I may cancel this agreement. I agree to contact my lender immediately and I will not cash any loan check that has been released to me. I agree to check the Stafford Loan Disclosure Statement as soon as I get it and to let my lender know if anything looks wrong or if I have any questions. My signature certifies that I have read and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side.

NOTICE TO THE MAKER: DO NOT SIGN THIS BEFORE YOU READ THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN. YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT. MAKER AND ENDORSER ACKNOWLEDGE RECEIPT OF AN EXACT COPY OF THIS NOTE AND THE STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES

18b. Maker's Signature: [signature] Date: 03-7-92

18c. Endorser's Signature: Date:

Endorser's Name (Please Print)

Endorser's Soc. Sec. No — Endorser's Address

**SECTION 2–TO BE COMPLETED BY THE SCHOOL (See back of "School Copy D" for instructions)**

19. Name of School: University of Michigan-Dearborn
20. Address: 4901 Evergreen Rd. — City, State, Zip Code: Dearborn, MI 48128
21. Area Code/Telephone No: 313-593-5300
22. School Code: 002326
23. Enrollment Status: half-time
24. Dependency: independent
25. Loan Period From MO/DAY/YR 5/8/92 To MO/DAY/YR 8/29/92
26. Grade: 4
27. Anticipated Grad. Mo. 12 Year 92
28. Est. Cost of Educ.: $ 4,035
29. Est. Fin Aid: $ 0.00
30. E.F. Contrib.: $ 147.00
31. Appr. Loan Amt: $ 3,888
32. 1st Disb. MO/DAY/YR: 5/8/92
33. 2nd Disb. MO/DAY/YR: 7/6/92
34. 3rd Disb. MO/DAY/YR:
35. 4th Disb. MO/DAY/YR:

I have read and understand the terms of the "School's Certification" printed on the REVERSE SIDE of this application.

36. Signature of School Official: [signature] — Cheryl Powell, Sr. Financial Aid Officer — Print Name and Title — Date: 3/12/92

**SECTION 3–TO BE COMPLETED BY THE LENDER**

37. Name of Lender: National City Bank Student Loan Processing Center
38. Street Address: P. O. Box 1448 — City, State, Zip Code: East Lansing, MI 48826-1448
39. Lender Code: 808877
40. Entity Number:
41. Area Code/Telephone No: 1-800-328-4143
42. 1st Disbursement Amount: $
43. 2nd Disbursement Amount: $
44. 3rd Disbursement Amount: $
45. 4th Disbursement Amount: $
46. Total Amount Approved (42 + 43 + 44 + 45): $

David Harmon, Vice President, Regional Operations — Print Name and Title — Date: 3-16-92

47. Signature of Student Loan Official: [signature]

LENDER COPY A

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE"
NAME: [signature]
TITLE: COLLECTION SUPPORT SUPERVISOR
DATE: JUN 11 2001

(908877LNO) UPON LENDER COMPLETION MAIL ONLY GREAT LAKES COPY TO: Great Lakes Processing Center P.O. Box 1009, East Lansing, Michigan 48826-1009

MAR 16 1992